**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6686**

---

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee,

　　　v.

TONY WASHINGTON, a/k/a Antonio Wallace,

　　　　　　Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:16-cr-00235-SAG-10)

---

Submitted:  February 27, 2024　　　　　　　　　　Decided:  March 1, 2024

---

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tony Washington, Appellant Pro Se. Bijon Ali Mostoufi, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Washington appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Washington*, No. 1:16-cr-00235-SAG-10 (D. Md. filed June 14, 2023; entered June 15, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*